◼ In the Matter of ROBERT A. TODD, Respondent, v KELLY A. TODD, Appellant. [751 NYS2d 909] —Appeal from an order of

Family Court, Oswego County (Martusewicz, J.), entered May 4, 2000, which, inter alia, awarded sole legal and physical custody of the child to petitioner and visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Oswego County, Martusewicz, J. Present—Pine, J.P., Wisner, Scudder, Kehoe and Burns, JJ.